No. 98–8214.  GRANT v. UNITED STATES.  C. A. Armed Forces. Certiorari denied.

No. 98–8221.  SMITH v. BUREAU OF PRISONS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–8227.  SEPULVADO ET UX. v. CSC CREDIT SERVICES, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–8240.  INGRAM v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 98–8242.  JIMENEZ v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 98–8243.  MOHAMED v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 98–8247.  SANGS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–8248.  STATON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–8250.  WASHBURN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 98–8257.  MURRAY v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 98–8259.  DAVIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 98–8261.  AJAJ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 98–8265.  HASLIP v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 98–8266.  GAMBOA v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON.  C. A. 9th Cir.  Certiorari denied.

No. 98–8268.  SCRUGGS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.